UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD, | No.  2:19-cv-2594 AC P |
| Plaintiff, | |
| v. | ORDER |
| ZUNIGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a "Motion for Permission to Proceed 'exemp[t]' from E-Filing."  ECF No. 3. (brackets added).  In support of the motion, plaintiff states that the librarians currently working at the prison law library do not know how to use the court's e-filing system.  See id.

The Eastern District of California is an electronic document management and filing district.  However, in light of the COVID-19 pandemic, the e-filing requirement for prisoner

////

////

1

litigants' initial filings[1] has been temporarily suspended.  As a result, the court has accepted and filed plaintiff's paper complaint.  The instant motion, therefore, is moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's Motion or Permission to Proceed 'exemp[t]' from E-Filing" (ECF No. 3) is DENIED as moot.

DATED: July 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Both California State Prison – Solano, where plaintiff was housed at the time that he mailed the complaint to the court, and California State Prison – Sacramento, where plaintiff is currently housed, participate in the court's e-filing program and thus, have agreed to have the initial pleadings of prisoner litigants filed electronically.