UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZUNIGA, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-2594 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2020, plaintiff was ordered to file a first amended complaint.  ECF No. 11.  On July 17, 2020, the court received a request from plaintiff asking that he be sent a copy of the court's civil rights complaint form.  ECF No. 15.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall send plaintiff a copy of this court's Civil Rights Complaint By A Prisoner form.

DATED: July 21, 2020

　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1