UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD, | No.  2:19-cv-2594 AC P |
| Plaintiff, | |
| v. | ORDER |
| ZUNIGA, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  Currently, the parties are scheduled to participate in a settlement conference via video before Chief U.S. Magistrate Judge Kendall J. Newman on January 24, 2022, at 1:30 p.m.  See ECF No. 33.  The court has reason to believe that plaintiff was recently released from prison.[1]  Plaintiff, however, has yet to file a change of address form with the court.  His former address at North Kern State Prison is still listed on the court's docket.

////

---

[1] A December 30, 2021, search for plaintiff's name and CDCR inmate number on the California Department of Corrections and Rehabilitation's inmate locator page yielded a "No records found matching that criteria" result.  See generally https://inmatelocator.cdcr.ca.gov/search.aspx .

1

Plaintiff is informed that he is obligated to keep the court apprised of his current address at all times. Since he has not done so to date, he will be ordered to file a new address with the court and to do so within fourteen days. Should this order be returned to the court as undeliverable, plaintiff is informed in advance that pursuant to Local Rule 182(f), service of documents at the record address of the party – currently, North Kern State Prison – is fully effective.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file a change of address form with the court.

Plaintiff is warned that failure to comply with this order within the time allotted may result in a recommendation that this action be dismissed.

DATED: January 3, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE