UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD, | No. 2:19-cv-2594 AC P |
| Plaintiff, | |
| v. | ORDER |
| ZUNIGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently, the parties are scheduled to participate in a settlement conference via video before Chief U.S. Magistrate Judge Kendall J. Newman on January 24, 2022, at 1:30 p.m. See ECF No. 33. The court has reason to believe that plaintiff was recently released from prison.[1] Plaintiff, however, has yet to file a change of address form with the court. His former address at North Kern State Prison is still listed on the court's docket.

////

---

[1] A December 30, 2021, search for plaintiff's name and CDCR inmate number on the California Department of Corrections and Rehabilitation's inmate locator page yielded a "No records found matching that criteria" result. See generally https://inmatelocator.cdcr.ca.gov/search.aspx .

1

1    Plaintiff is informed that he is obligated to keep the court apprised of his current address
2 at all times. Since he has not done so to date, he will be ordered to file a new address with the
3 court and to do so within fourteen days. Should this order be returned to the court as
4 undeliverable, plaintiff is informed in advance that pursuant to Local Rule 182(f), service of
5 documents at the record address of the party – currently, North Kern State Prison – is fully
6 effective.
7    Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
8 order, plaintiff shall file a change of address form with the court.
9    Plaintiff is warned that failure to comply with this order within the time allotted may
10 result in a recommendation that this action be dismissed.
11 DATED: January 3, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE