IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK E. LEONARD,**<br><br>Plaintiff,<br><br>v.<br><br>**ZUNIGA, et al.,**<br><br>Defendants. | Case No. 2:19-cv-02594-AC P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR ORDER VACATING SETTLEMENT CONFERENCE; ALLOWING DEFENDANTS TO OPT OUT OF EARLY ADR; AND LIFTING STAY** |

Having read and considered the *ex parte* application filed by defendants L. Griffith, M. Zuniga, and L. Williams ("Defendants"); the memorandum of points and authorities accompanying the application; and the declaration of Defendants' counsel supporting the application, and for good cause appearing, the application (ECF No. 37) is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' request for an order vacating the currently scheduled settlement conference (ECF No. 37) is **GRANTED**, and the settlement conference set for January 24, 2022 (see ECF No. 33) is **VACATED**;

2. Defendants' request for leave to opt out of participation in this District's Post-Screening ADR Project (see ECF No. 37) is **GRANTED**; and

///

3. The Court lifts the current stay of this action for participation in this District's Post-Screening ADR Project. The Court will set a deadline for Defendants to respond to the operative complaint and/or a schedule for this matter by separate order.

**IT IS SO ORDERED.**

Dated: January 5, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE