UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZUNIGA, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-2594 AC P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding without counsel with a civil rights complaint under 42 U.S.C. § 1983.  The previously imposed stay of this actions has been lifted.  ECF No. 38.  Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, Defendants shall file a responsive pleading to Plaintiff's First Amended Complaint.

DATED: January 13, 2022

　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE