UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUNIGA, et al.,<br><br>    Defendants. | No. 2:19-cv-2594 AC P<br><br><br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, is seeking relief under 42 U.S.C. § 1983. On February 3, 2022, the day after Plaintiff filed a notice of change of address, Defendants filed a motion to dismiss. ECF No. 43. The motion is scheduled to be heard on March 9, 2022. See id. at 1.

Plaintiff has not filed a response to Defendants' motion to dismiss, and the deadline for opposition has passed. See Local Rule 230(c). In light of Plaintiff's status as a pro se litigant and in the interests of justice, the court will grant Plaintiff additional time to file a response to the motion to dismiss. Defendants will also be given time to file a reply. Thereafter, the matter will be deemed submitted on the papers. Accordingly, the March 9, 2022, hearing on Defendants' motion to dismiss will be vacated and taken off calendar.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 9, 2022 hearing on Defendants motion to dismiss (ECF No. 43) is VACATED.

1

2. Within thirty days of the date of this order, Plaintiff shall file a response to Defendants' motion to dismiss.

3. Defendants' reply to Plaintiff's response, if any, shall be filed within fourteen days of Plaintiff's responsive filing.

The parties are informed that after the fourteen-day period for Defendants to file a reply has expired, Defendants' motion to dismiss will be deemed submitted on the papers. See L.R. 230(g).

DATED: March 4, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE