UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>    Plaintiff,<br><br>    v.<br><br>ZUNIGA, et al.,<br><br>    Defendants. | No. 2:19-cv-2594 AC P<br><br><br><br>ORDER |

On February 3, 2022, defendants filed a motion to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 43. Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to defendants' motion to dismiss. Failure to

////

////

////

1

file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: April 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE