1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FREDERICK E. LEONARD,                          No.  2:19-cv-2594 AC P

12                   Plaintiff,

13          v.                                        ORDER

14    ZUNIGA, et al.,

15                   Defendants.

16

17          Plaintiff has filed a motion for an extension of time to file and serve an opposition to

18    defendants' February 3, 2022, motion to dismiss.  ECF No. 46.  Good cause appearing, IT IS

19    HEREBY ORDERED that:

20          1.  Plaintiff's motion for an extension of time (ECF No. 46) is GRANTED, and

21          2.  Within fourteen days from the date of this order, plaintiff shall file an opposition to

22    defendants' motion to dismiss this action.

23    DATED: June 2, 2022

24                                            _____
                                              ALLISON CLAIRE
25                                            UNITED STATES MAGISTRATE JUDGE

26

27

28