UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZUNIGA, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-2594 AC P<br><br><br>ORDER |

　　　The parties are hereby notified that due to recent budget changes, staffing cut-backs have occurred that will affect the processing times for all pending matters in this case.  A review of the docket further indicates that not all parties have returned the form indicating whether they consent to have the assigned Magistrate Judge conduct all proceedings and enter judgment in this case pursuant to 28 U.S.C. § 636(c).  The Magistrate Judge consent process can help bring about the "just, speedy, and inexpensive determination" of federal cases.  Fed. R. Civ. P. 1.  Just as with a judgment issued by a District Judge, a judgment issued by a Magistrate Judge to whom the parties in a civil case have consented is appealable directly to the Ninth Circuit Court of Appeals.  In light of the foregoing, any party who has not yet completed the Order Re Consent or Request for Reassignment that is attached to this notice, is directed to complete and return it to the court within 14 days.

////

1

The parties are advised that they are free to withhold consent without any adverse substantive consequences to their case.

If all parties to a case consent, then a District Judge to whom this case is referred will be notified and will consider whether to approve the consent. Once the District Judge accepts, then the Magistrate Judge determines whether to accept jurisdiction over all dispositive matters by consent, including whether any conflicts or bases for recusal exist.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to resend the Order Re Consent or Request for Reassignment to all parties in this case with this order.
2. Any party who has not yet completed the Order Re Consent or Request for Reassignment is directed to complete and return it to the court within 14 days.
3. A party who has already returned his or her consent form is not required to submit another one.

DATED: October 25, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE